# COMPLAINT FORM

(for filers who are prisoners without lawyers)

(revised 6/12/2024)

FILED
07/01/2026
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Kristine L. Seufert, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE Southern DISTRICT OF INDIANA

Demand for Jury Trial ☐ Yes ☒ No

(Full name of plaintiff(s))

James R. Boyer

v.

Case Number:

2:26-cv-00470-JPH-MKK

(to be supplied by clerk of court)

(Full name of defendant(s))

(Centurion)

Dr. Stephanie Riley

Morgan Feeney Health Service Quality Assurance

ADA Coordinator Mr. James Warden Tricia Pretorious

A. PARTIES

1. Plaintiff is a citizen of Indiana, and is located at
(State)

ISF. 1946 W U.S. Hwy 40 Greencastle, IN 46135
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

B. Defendant Centurion, DR Riley, Morgan Feeney
(Name)
is (if a person or private corporation) a citizen of Indiana
(State, if known)
and (if a person) resides at ____________
(Address, if known)
and (if the defendant harmed you while doing the defendant's job)
worked for "Centurion"
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

C. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Centurion, DR. Riley, Morgan Feeney, ADA Cordinator MR James, Warden Tricia Pretorious. I am a double leg Amputee and A Prisoner At The ISF in Putnamville I have been denied the opprotunity to get a Refferal to the hanger clinic to be fitted for my prostetics, Denied on all grievances at all levels, ADA Cordinator never responded to the written complaint for things that would have helped

PUTNAMVILLE CORRECTIONAL FACILITY
1946 WEST U. S. HWY 40
GREENCASTLE, INDIANA 46135

OFFENDER STATIONARY

or Attitudes the people named are solely Responsible for the disregaurd and excessive risk to James Boyer's and the health and safety this is sometimes called the Subjective approach to recklessness, When this started was 10-9-2026 and and is currently still ongoing They were Knowingly & objectively aware of what they were doing and continued to do it with impunity, Knowing they were doing wrong Being deliberatley indifferent violating the 8th and 14th Admendments! with out a care, Choosing Cost over Care!!!

accomidate me, extra mattress, pillow wedge
Proper wheelchair No handicap gym equiptment, forced me to crawl on and off the toilets, crawl on and off the shower chair, then crawl on and off my Bunk. I am forced into being Bed or wheelchair 24/7 with no Relief This All happened at the INDiana state farm, I fell out of the Shower Chair injuring my left Elbow & Shoulder. forced to walk on my Knees to get weighed Centurion on Monnell Claim for 8th Amendment Right Violation Centurion had a policy practice and procedure that lead to the Violation of my 8th Amendment Righ They all acted Deliberately indifferently, It's mere Negligence carelessness and actual malice with or without intent to cause harm that is, it Amounts to Recklessness this constitutes Bad motive.

D. JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $______________.

E. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

To order the ISF to get and provide proper prothetics for both legs.. 2 million Dollars,.... At least a ~~[illegible]~~ Order MRI Left Shoulder

Dated this 1st day of July 2026.

Respectfully Submitted,

James R. Boyer
Signature of Plaintiff

164281
Plaintiff's Prisoner ID Number

ISF 1946 U.S. HWY 40
Greencastle, IN 46135
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

F. OPTIONAL CERTIFICATION

Under penalty of perjury, I declare that the facts alleged in this complaint are true and correct to the best of my knowledge and belief.

James R. Boyer
Signature of Plaintiff

REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☑ I DO request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I DO NOT request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.